

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00027-CR

| | | |
|---|---|---|
| Marc Alexander Garcia | § | From the 371st District Court |
| | § | of Tarrant County (1227488D) |
| v. | § | July 10, 2014 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
 Justice Anne Gardner